

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2017

No. 04-16-00593-CV

Alvin M. **BURNS**, I.M. Burns, Dimmit County, Hakim Dermish, Robert L. Ramirez and Edward J. Dryden,
Appellants

v.

**ROSETTA RESOURCES, LTD**., a/k/a Rosetta Resources, Inc., Eusebio Cantu Torres, Eusebio Torres, Jr., Gladiator Energy Services, LLC,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 12-07-11738-DCV
Honorable David Peeples, Judge Presiding

# O R D E R   O F   R E I N S T A T E M E N T

On February 22, 2017, we granted a joint motion by the parties and abated this appeal for settlement negotiations. Upon the parties' request, the abatement was extended to June 22, 2017. The parties have now filed a joint motion to reinstate the appeal, informing the court that the parties failed to reach a settlement. It is therefore ORDERED that the appeal is REINSTATED on the docket of this court. The appellants' brief is due within **thirty (30) days** from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk